**UNITED STATES BANKRUPTCY COURT**
For The Western District of Virginia

| | |
|---|---|
| In re: Ian R. Jackson<br>     Denise F. Jackson<br><br>                    Debtor(s) | CASE NO. 17–60265<br><br>CHAPTER 7 |

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before

**DEADLINE for creditors other than governmental units:   7/18/17**

**DEADLINE for governmental units, if applicable:   8/14/17**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor(s)' estate.

The proof of claim form can be found on the court's website, www.vawb.uscourts.gov. It may be filed by regular mail or by going to the court's website located at www.vawb.uscourts.gov, there you can file and print a copy of your proof of claim. We strongly encourage you to use our website to file, but it you wish to use regular mail and receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim. Proofs of claim filed by mail are to be filed with the United States Bankruptcy Court at the address listed below and to the left and a copy must be sent to the case trustee listed below to the right:

210 Church Ave.
Room 200
Roanoke, VA 24011
(540) 857–2391

W Stephen Scott(80)
PO Box 1312
Charlottesville, VA 22902

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Service of a copy of this Notice shall be by mail to the debtor(s), attorney for the debtor(s), trustee, and all creditors and parties in interest.

FOR THE COURT
JOHN W.L. CRAIG, II, CLERK
1101 Court St.
Room 166
Lynchburg, VA 24504
(434) 845–0317

Entered: 4/19/17

dis02.jsp

United States Bankruptcy Court
Western District of Virginia

In re:  
Ian R. Jackson  
Denise F. Jackson  
    Debtors

Case No. 17-60265-rbc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-6     User: morrisl     Page 1 of 3     Date Rcvd: Apr 19, 2017  
                           Form ID: noa      Total Noticed: 120

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.

```
db/jdb         +Ian R. Jackson,    Denise F. Jackson,    PO Box 5428,    Charlottesville, VA 22905-5428
cr             +Union Bank & Trust,    c/o Michael D. Mueller, Esq.,    Christian & Barton, LLP,
                 909 E. Main Street, Suite 1200,    Richmond, VA 23219-3013
4391244         ABC Supply Co. Inc.,    P O Box 402117,    Atlanta, GA 30384-2117
4391245        +ABC Supply Corp.,    160 Expo Rd.,    Fishersville, VA 22939-2308
4391257        +ATEK Environmental & Soil Testing,    1488 Huron Ct,    Harrisonburg, VA 22801-8004
4391246        +Albemarle County,    401 McIntire Road Room 130,    Charlottesville, VA 22902-4579
4391247        +Albemarle County Fire and Rescue,    460 Stagecoach Rd,    Suite F,
                 Charlottesville, VT 22902-6441
4391249        +Allied Portable Toilets,    P O Box 939,    Crozet, VA 22932-0807
4391248        +Allied concrete, Inc.,    PO Box 1647,    Charlottesville, VA 22902-1647
4391254        +Amy Jackson,    794 Prospect Ave,    Charlottesville, VA 22903-3904
4391255        +Angel Rivera,    101D West Park Drive,    Charlottesville, VA 22901-2551
4391256        +Aqua Air,    627 Dice Street,    Charlottesville, VA 22903-5560
4391258        +Atlantic Law Group, LLC,    PO Box 2548,    Leesburg, VA 20177-7754
4391259        +Augusta Cooperative Farm Bureau,    1205B /Richmond Road,    Staunton, VA 24401-5060
4391260        +Baker Distributing Company,    P O Box 409635,    Atlanta, GA 30384-9635
4391263        +Blossman,    P O Box 750,    Gordonsville, VA 22942-0750
4391264        +Blue Ridge Termite and Pest Management,    P O Box 6549,    Charlottesville, VA 22906-6549
4391265        +Brett Bigley,    1143 Miles Jackson Road,    Palmyra, VA 22963-4497
4391266        +Buckingham County Treasurer,    P.O. Box 106,    Buckingham, VA 23921-0106
4391267        +Buckingham Slate Co,    P O Box 8,    Arvonia, VA 23004-0008
4391268        +Builders 1st Source,    fka Pro-Build Company,    51 Laurel Hill Road,    Verona, VA 24482-2657
4391269        +Campbell Equipment Inc,    16640 James Madison Hwy,    Palmyra, VA 22963-4107
4391272        +Carl Corbin,    P O Box 247,    Palmyra, VA 22963-0247
4391273        +Carlos and Maria Umanzoa,    101A West Park Drive,    Charlottesville, VA 22901-2551
4391274        +Carpet Exress,    915 Market Street,    Dalton, GA 30720-5049
4391275        +Cavalier Containers,    2316 Highland Avenue,    Charlottesville, VA 22903-3614
4391276         Central Virginia Electric Coop,    PO Box 2153,    Dept. 1340,    Birmingham, AL 35287-1340
4391277        +Central Virginia Rentals Inc,    2482 Jefferson Hwy,    Waynesboro, VA 22980-6504
4391278        +Central Wholesale Supply Corp,    P O Box 7208,    Norfolk, VA 23509-0208
4391279        +Certified Environmental Drilling,    P O Box 6538,    Charlottesville, VA 22906-6538
4391280        +Chambers Land Surveying,    253 Willow Dr,    Keswick, VA 22947-3229
4391281        +Charlottesville Stone Company,    P O Box 8425,    Roanoke, VA 24014-0425
4391282        +Cindy Merind,    5398 Highway Nine -O-Three,    Bracey, VA 23919-1735
4391283         Citi,    Credit mgmt Dept.,    PO Box 6494,    Sioux Falls, SD 57117-6494
4391285         Citibank,    P O Box 9001037,    Louisville, KY 40290-1037
4391286        +City of Waynesboro,    503 W Main Street,    Ste 105,    Waynesboro, VA 22980-4546
4391287        +Comcast Communications,    PO Box 3006,    Southeastern, PA 19398-3006
4391289         Commonwealth Bldg Materials, Inc.,    PO Box 75747,    Baltimore, MD 21275-5747
4391288        +Commonwealth Bldg Materials, Inc.,    c/o Cameron/McEvoy, PLLC,    4100 Monument Corner Dr., #420,
                 Fairfax, VA 22030-8610
4391290        +Concrete Pipes and Precast, LLC,    210 Stone Spring Road,    Harrisonburg, VA 22801-9651
4391291        +County of Fluvanna,    P O Box 299,    Palmyra, VA 22963-0299
4391292        +County of Mecklenburg,    P O Box 250,    Boydton, VA 23917-0250
4391293        +Davenport Insulation,    6471 S. Valley Pike,    Mt. Crawford, VA 22841-2323
4391294        +Erie Indemnity Co.,    c/o Marsden & Seledee, LLC,    1 N. Charles St, Suite 2300,
                 Baltimore, MD 21201-3759
4391296         Federal Loan,    US Department of Education,    P O Box 530210,    Atlanta, GA 30353-0210
4391297        +Ferguson Enterprises,    505 Garrett Street,    Charlottesville, VA 22902-5616
4391298        +Fluvanna County,    P O Box 299,    Palmyra, VA 22963-0299
4391299        +Forest Pro Inc.,    8473 West River Rd,    Scottsville, VA 24590-4688
4391300        +Foster Fuels, Inc.,    PO Box 190,    Brookneal, VA 24528-0190
4391301        +Gooch Engineering and Testing,    1821 Broadway Street,    Charlottesville, VA 22902-5880
4391305        +HSBC,    1 Mortgage Way,    Mount Laurel, NJ 08054-4637
4391303        +Home Depot,    P O box 790420,    St Louis, MO 63179-0420
4391304        +Hoover Penrod PLC,    342 S. Main St.,    Harrisonburg, VA 22801-3628
4391306       #+I & J Homebuilders, LLC,    2272 Oakridge Court,    Charlottesville, VA 22911-8226
4391307        +Innsbrook Law Group, PC,    PO Box 4170,    Glen Allen, VA 23058-4170
4391308        +J  & B Nixon Inc,    5925 Anderson Hwy,    Powhatan, VA 23139-5424
4391309        +Jack Sadler,    2480 Milton Hills Dr.,    Charlottesville, VA 22902-8110
4391312        +Jeff Dalton,    520 Greenfield Terrace,    Charlottesville, VA 22901-1485
4391314        +John Dezio,    2350 Commonwealth Drive,    Charlottesville, VA 22901-1691
4391315        +Johnson & Johnson Preferred Fin, Inc,    P O Box 26009,    Greensboro, NC 27420-6009
4391316        +Jones Automotive,    P O Box 910,    Troy, VA 22974-0910
4391317        +Kelvin S. Covington,    773 Rivanna Woods Drive,    Fork Union, VA 23055-2133
4391318         Larry F. Gregory,    3157 Carol Creek Road,    Keswick, VA 22947
4391319        +Lewis M. Hudson,    P O Box 146,    Waynesboro, VA 22980-0109
4391320        +Louisa County Treasurer,    P.O. Box 523,    Louisa, VA 23093-0523
4391323        +Lowe's LAR,    P O Box 530970,    Atlanta, GA 30353-0970
4391324        +Luck Stone,    P O Box 29871,    Richmond, VA 23242-0871
4391325        +Matt Gooch Consulting Engineer,    707 Oliver Creek Rd,    Troy, VA 22974-4047
4391326        +May Supply,    1775 Erickson Ave,    Harrisonburg, VA 22801-8555
```

```
District/off: 0423-6          User: morrisl            Page 2 of 3            Date Rcvd: Apr 19, 2017
                              Form ID: noa             Total Noticed: 120

4391327        +Nationstar Mortgage,    Bankruptcy Notice,    PO Box 619094,    Dallas, TX 75261-9094
4391328        +Nelson County Treasurer,    P.O. Box 100,    Lovingston, VA 22949-0100
4391329        +Noland Company,    307 Ridge Street,    Charlottesville, VA 22902-5594
4391330        +Noland Company,    c/o Derrick E. Rosser, P.C.,    211-A England St.,    Ashland, VA 23005-2086
4391331        +P J Networks,    2340 Commonwealth Drive,    Charlottesville, VA 22901-1634
4391332        +Quinn Beversluis,    5544 Three Notch Rd,    Louisa, VA 23093-2731
4391333         Real Wood Floors,    355 S. Highway 63,    West Plains, MO 65775
4391334       #+Rockydale Quaries Corp.,    PO Box 8425,    Roanoke, VA 24014-0425
4391335        +Route 15, LLC,    PO Box 5428,    Charlottesville, VA 22905-5428
4391339       #+Shenandoah Valley Water & Coffee Co,     P O Box 2339,    Staunton, VA 24402-2339
4391340        +Sherwin Williams,    2319 W. Main Street,    Waynesboro, VA 22980-1722
4391341        +Sipes Construction,    465 Thorofare Road,    Crimora, VA 24431-2413
4391342        +Skyline Brick LLC,    3900 Seminole Trail,    Charlottesville, VA 22911-8306
4391343        +Southern Freight Lines,    P O Box 1691,    Columbia, SC 29202-1691
4391344        +Stanley Land Surveys,    106 Crofton Plaza - Suite 8,    Palmyra, VA 22963-3363
4391345        +Sunoco Suntrak,    Wex Bank,    P O Box 4337,    Carol Stream, IL 60197-4337
4391346         Suntrust Bank,    American Education Services,    Harrisburg, PA 17130-0001
4391347        +Time Disposal,    P.O. Box 7174,    Charlottesville, VA 22906-7174
4391348        +Triton Stone Grou,    10471 Washington Hwy,    Glen Allen, VA 23059-1919
4391349         U Bank,    1005 790448,    Saint Louis, MO 63101
4391355        +US Bank,    P O Box 21948,    Eagan, MN 55121-0948
4391356         US Bank Mortgage,    PO Box 790415,    Saint Louis, MO 63179-0415
4391350        +Union,    1658 State Farm Blvd.,    Charlottesville, VA 22911-8609
4391351        +Union Bank,    PO BOX 940,    Ruther Glen, VA 22546-0940
4398454         Union Bank & Trust,    c/o Michael D. Mueller, Esq.,    Christian & Barton, LLP,
                 909 East Main Street, Suite 1200,    Richmond, VA 23219-3095
4391354         United Bank,    P O Box 11286,    Charleston, NC 25339-1286
4391357        +Valley Insulation Inc,    1345 New Hope Road,    Waynesboro, VA 22980-2644
4391358        +Van Der Line Recycling,    2820 Hydraulic Road,    Suite 1,    Charlottesville, VA 22901-9100
4391359        +Vaughn Meadows,    101B West Park Drive,    Charlottesville, VA 22901-2551
4391361         Virginia Business Systems,    PO Box 790448,    Saint Louis, MO 63179-0448
4391362        +Virginia Hardwood Floors,    600 N. Kent St,    Winchester, VA 22601-5313
4391363        +Wayne Oxygen & Welding Supply,    PO Box 1244,    Waynesboro, VA 22980-0878
4391364        +Wells Fargo,    P O Box 70241,    Philadelphia, PA 19178-0001
4391365        +Wilson Read Mix,    P O Box 1347,    Harrisonburg, VA 22803-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4391250         EDI: GMACFS.COM Apr 19 2017 21:28:00      Ally Bank,    P O Box 380902,
                 Bloomington, VA 55438-0902
4391253         EDI: AMEREXPR.COM Apr 19 2017 21:28:00      American Express,    PO Box 297879,
                 Fort Lauderdale, FL 33329-7879
4391251         EDI: AMEREXPR.COM Apr 19 2017 21:28:00      American Express,    P O Box 1270,
                 Newark, NJ 07101-1270
4391262         EDI: BANKAMER.COM Apr 19 2017 21:28:00      Bank of America,    PO Box 982236,
                 El Paso, TX 79998
4391261         EDI: BANKAMER.COM Apr 19 2017 21:28:00      Bank of America,    P O Box 15019,
                 Wilmington, DE 19886-5019
4391270         EDI: CAPITALONE.COM Apr 19 2017 21:28:00      Capital One,    P O Box 71083,
                 Charlotte, NC 28272-1083
4391271         EDI: CAPITALONE.COM Apr 19 2017 21:28:00      Capital One Bank, USA,    PO Box 6492,
                 Carol Stream, IL 60197-6492
4391284        +EDI: CITICORP.COM Apr 19 2017 21:28:00      Citi Cards,    PO Box 6062,
                 Sioux Falls, SD 57117-6062
4391295         E-mail/Text: bankruptcy@erieinsurance.com Apr 19 2017 21:33:39      Erie Insurance Co.,
                 100 Erie Insurance Place,    Erie, PA 16530-1104
4391302         E-mail/Text: sdeal@gcva.us Apr 19 2017 21:33:40      Greene County Treasurer,    P.O. Box 157,
                 Stanardsville, VA 22973-0157
4391243        +E-mail/Text: cliff@mastandrealaw.com Apr 19 2017 21:33:38      Jamie A. Mastandrea, PC,
                 5200-B Rolling Road,    Burke, VA 22015-4696
4391313        +E-mail/Text: bankruptcy-notices@shell.com Apr 19 2017 21:33:40      Jiffy Lube,    P O box 620130,
                 Middleton, WI 53562-0130
4391322        +EDI: RMSC.COM Apr 19 2017 21:28:00      Lowe’s,    PO Box 1111,    North Wilkesboro, NC 28659-1111
4391321        +EDI: RMSC.COM Apr 19 2017 21:28:00      Lowe’s,    P O Box 530970,    Atlanta, GA 30353-0970
4391336         EDI: RMSC.COM Apr 19 2017 21:28:00      Sam’s Mastercard,    P O Box 960013,
                 Orlando, FL 32896-0013
4391352         E-mail/Text: bankruptcy@bankatunion.com Apr 19 2017 21:33:25      Union First Market Bank,
                 P O Box 940,    Ruther Glen, VA 22546
4391360         EDI: VERIZONEAST.COM Apr 19 2017 21:28:00      Verizon,    Bankruptcy Department,
                 500 Technology Drive, #550,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              U.S. Bank National Association
4391310         Jackson Management LLC
```

```
District/off: 0423-6           User: morrisl              Page 3 of 3                  Date Rcvd: Apr 19, 2017
                               Form ID: noa               Total Noticed: 120

4391252*          American Express,   PO Box 1270,   Newark, NJ 07101-1270
4397121*         +Atlantic Law Group, LLC,   PO Box 2548,   Leesburg, VA 20177-7754
4391311*         +Jamie A. Mastandrea, PC,   5200-B Rolling Road,   Burke, VA 22015-4696
4391353*        ++UNION BANK & TRUST,   PO BOX 940,   RUTHER GLEN VA 22546-0940
                  (address filed with court: Union First Market Bank,   PO BOX 940,   Ruther Glen, VA 22546)
4391337         ##+Scotty Sipe,   PO Box 56,   Crimora, VA 24431-0056
4391338         ##+Scotty Sipe dba Sipe's Construction,   PO Box 56,   Crimora, VA 24431-0056
                                                                                              TOTALS: 3, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
              Marshall Moore Slayton, Esq    on behalf of Joint Debtor Denise F. Jackson
               marshall.slayton@boylebain.com, bbrs.bestcase@gmail.com;doug.campbell@boylebain.com
              Marshall Moore Slayton, Esq    on behalf of Debtor Ian R. Jackson marshall.slayton@boylebain.com,
               bbrs.bestcase@gmail.com;doug.campbell@boylebain.com
              Michael David Mueller    on behalf of Creditor   Union Bank & Trust mmueller@cblaw.com,
               avaughn@cblaw.com;cnichols@cblaw.com
              Nisha Ryan Patel    on behalf of Creditor    U.S. Bank National Association npatel@siwpc.com,
               jmuncy@siwpc.com;drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siw
               pc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;SIWPC@ecf.courtdrive.com
              Sameera Navidi    on behalf of Creditor    Nationstar Mortgage LLC snavidi@orlans.com,
               ecfaccount@orlans.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
              W Stephen Scott(80)    wsscott7trustee@earthlink.net, VA01@ecfcbis.com
                                                                                             TOTAL: 7
```