# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

In re: JACKSON, IAN R. § Case No. 17-60265
   JACKSON, DENISE F. §
              §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

 1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 13, 2017. The undersigned trustee was appointed on February 13, 2017.

 2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

 3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

 4. The trustee realized the gross receipts of   $  102,320.91

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 53,683.00 |
| Bank service fees | 496.19 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 48,141.72 |

The remaining funds are available for distribution.

 5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/18/2017 and the deadline for filing governmental claims was 08/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,366.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,366.05, for a total compensation of $8,366.05.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $289.64, for total expenses of $289.64.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2018          By: /s/W. STEPHEN SCOTT, TRUSTEE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-60265  
**Case Name:** JACKSON, IAN R.  
JACKSON, DENISE F.  
**Period Ending:** 06/13/18

**Trustee:** (660010) W. STEPHEN SCOTT, TRUSTEE  
**Filed (f) or Converted (c):** 02/13/17 (f)  
**§341(a) Meeting Date:** 03/20/17  
**Claims Bar Date:** 07/18/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 101 West Park Drive, Charlottesville, VA 22901 (See Footnote) | 380,000.00 | 0.00 | | 77,805.37 | FA |
| 2 | 220 Anchor Cove, Bracey, VA 23919 | 156,100.00 | 0.00 | | 0.00 | FA |
| 3 | 19 Starboard Drive, Bracey, VA 23919 | 220,000.00 | 0.00 | | 0.00 | FA |
| 4 | 187 Windsor Place, Buckingham, VA 23921 | 115,500.00 | 0.00 | | 0.00 | FA |
| 5 | 115 Windsor Place, Buckingham, VA 23921 | 115,000.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 18,000.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Suntrust Bank | 2,288.00 | 4,670.54 | | 4,670.54 | FA |
| 8 | Checking: US Bank<br>    United Bank per docs provided by Debtors | 25.00 | 6.91 | | 1,000.00 | FA |
| 9 | SunTrust Bank account in name of Tudor Place (See Footnote) | 12,500.00 | 0.00 | | 0.00 | FA |
| 10 | Household Goods and Furnishings | 5,187.00 | 0.00 | | 0.00 | FA |
| 11 | Collectibles | 350.00 | 348.00 | | 0.00 | FA |
| 12 | Womens clothing | 110.00 | 0.00 | | 0.00 | FA |
| 13 | Men's clothing | 120.00 | 0.00 | | 0.00 | FA |
| 14 | Jewelry | 260.00 | 258.00 | | 0.00 | FA |
| 15 | Jewelry: Wedding and engagement rings | 150.00 | 0.00 | | 0.00 | FA |
| 16 | Board games | 50.00 | 48.00 | | 0.00 | FA |
| 17 | Insurance: ING Reliastar | 1.00 | 0.00 | | 0.00 | FA |
| 18 | Insurance: F & G Life Ins | 1.00 | 0.00 | | 0.00 | FA |
| 19 | Insurance: F & G Life Ins | 1.00 | 0.00 | | 0.00 | FA |
| 20 | Retirement: LPL Financial | 10,318.14 | 0.00 | | 0.00 | FA |
| 21 | Retirement: LPL Financial | 10,694.73 | 0.00 | | 0.00 | FA |
| 22 | 1 & J Home Builders LLC | 1,610,216.00 | 0.00 | | 0.00 | FA |
| 23 | I & J Property Holdings Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 24 | Front Gate Holdings, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 25 | Route 15, LLC | 550,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-60265  
**Case Name:** JACKSON, IAN R.  
JACKSON, DENISE F.  
**Period Ending:** 06/13/18

**Trustee:** (660010) W. STEPHEN SCOTT, TRUSTEE  
**Filed (f) or Converted (c):** 02/13/17 (f)  
**§341(a) Meeting Date:** 03/20/17  
**Claims Bar Date:** 07/18/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | 2016 income tax refunds: Federal  (See Footnote) | 1.00 | 3,095.00 | | 3,095.00 | FA |
| 27 | 2016 income tax refunds: Va. State  (See Footnote) | 1.00 | 5,750.00 | | 5,750.00 | FA |
| 28 | Second Mortgage on real estate | 75,000.00 | 0.00 | | 0.00 | FA |
| 29 | 2013 Chevrolet Volt | 3,654.00 | 0.00 | | 0.00 | FA |
| 30 | Preference-Tudor Place Loan  (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 30 | **Assets Totals** (Excluding unknown values) | **$3,295,529.87** | **$24,176.45** | | **$102,320.91** | **$0.00** |

RE PROP# 1     Property foreclosed by United Bank 1/23/18 resulting in surplus funds to estate of $77805.37  
RE PROP# 9     Trustee determined not property of the estate  
RE PROP# 26     Return received 10/29/17  
RE PROP# 27     Return received 10/29/17

**Major Activities Affecting Case Closing:**

Consult with CPA and determine Trustee to file tax returns - done 5/11/18  
Complete service of Orders disposing of Objections to Claims -done 2/20/18  
Draft and submit Orders disposing of Objections to Claims - done 2/16/18  
Attend 2/15/18 hearing on Objections to Claims - done 2/15/18  
Confirm Dates of PC filing by Union Bank for unsecured deficiency within timefram set forth in stay motin order #32 re 187 Tudor Place-See Claim 34-done and claim withdrawn 1/24/18  
Service Objections to Claims and Orders after entry by court - done 12/22/17  
Review claims after 8/14/17 govt claims bar date - done 10/27/17 (Documentation requested on some claims-may require objection not rec'd) - some info received; objection to claim filed on non-responsive claimants - 12/21/17  
Collect Debtors' non-exempt 2016 tax refunds - rec"d 11/30/17  
Debtors' 2016 tax returns requested when prepared - filing extended to 10/15/17 - received 10/30/17  
Receive check from Debtors representing non-exempt assets and deposit to estate bank account - 9/5/17  
Multiple follow-up emails to Marshall Slayton regarding assets to be administered - 4/20/17 - 7/27/17  
Review Debtors' information regarding Tudor Place and send email to Marshall Slayton re Tee's position of assets to administer - 4/14/17  
Review Debtors' response regarding DMV report - 5/19/17  
Review DMV report and email to Marshall Slayton - 5/17/17  
Meet with Marshall Slayton and Debtors to review case in advance of continued 341 meeting - 3/29/17

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-60265      **Trustee:** (660010)    W. STEPHEN SCOTT, TRUSTEE
**Case Name:** JACKSON, IAN R.      **Filed (f) or Converted (c):** 02/13/17 (f)
            JACKSON, DENISE F.      **§341(a) Meeting Date:** 03/20/17
**Period Ending:** 06/13/18      **Claims Bar Date:** 07/18/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** February 28, 2018      **Current Projected Date Of Final Report (TFR):** July 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-60265 | | Trustee: | W. STEPHEN SCOTT, TRUSTEE (660010) |
|---|---|---|---|---|
| Case Name: | JACKSON, IAN R. | | Bank Name: | Rabobank, N.A. |
| | JACKSON, DENISE F. | | Account: | ******5966 - Checking Account |
| Taxpayer ID #: | **-***5339 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 06/13/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/05/17 | | Denice and Ian Jackson | Payment for non-exempt assts | | 14,670.54 | | 14,670.54 |
| | {7} | | non-exempt balance in bank account    4,670.54 | 1129-000 | | | 14,670.54 |
| | {30} | | non-exempt preference payment    10,000.00 | 1241-000 | | | 14,670.54 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.17 | 14,654.37 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.48 | 14,631.89 |
| 11/30/17 | | DENISE AND IAN JACKSON | 2016 FEDERAL AND VA TAX REFUNDS | | 8,845.00 | | 23,476.89 |
| | {26} | | 2016 FED TAX REFUND    3,095.00 | 1124-000 | | | 23,476.89 |
| | {27} | | 2016 VA TAX REFUND    5,750.00 | 1124-000 | | | 23,476.89 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.04 | 23,455.85 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.18 | 23,423.67 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.05 | 23,386.62 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.39 | 23,355.23 |
| 03/19/18 | {1} | Lenhart Pettit PC Trust Account | Surplus from foreclosurer sale of 101 West Park Drive | 1110-000 | 77,805.37 | | 101,160.60 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.89 | 101,089.71 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.55 | 100,949.16 |
| 05/10/18 | 1 | INTERNAL REVENUE SERVICE | Ref # DENISE/EIN306613660-POST PETITION TAX Voided on 05/10/18 | 2810-000 | | 41,425.00 | 59,524.16 |
| 05/10/18 | 1 | INTERNAL REVENUE SERVICE | Ref # DENISE/EIN306613660-POST PETITION TAX Voided: check issued on 05/10/18 | 2810-000 | | -41,425.00 | 100,949.16 |
| 05/10/18 | 2 | VA DEPARTMENT OF TAXATION | Ref # DENISE/EIN306613660-POST PETITION TAX | 2820-000 | | 12,258.00 | 88,691.16 |
| 05/10/18 | 3 | UNITED STATES TREASURY | Ref # DENISE/EIN306613660 | 2810-000 | | 41,425.00 | 47,266.16 |
| 05/21/18 | {8} | UNITED BANK | Refund of escrow fund in United Bank Account | 1129-000 | 1,000.00 | | 48,266.16 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.44 | 48,141.72 |
| | | | ACCOUNT TOTALS | | 102,320.91 | 54,179.19 | $48,141.72 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 102,320.91 | 54,179.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$102,320.91** | **$54,179.19** | |

{} Asset reference(s)                                                                                              Printed: 06/13/2018 01:56 PM     V.14.03

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-60265  
**Case Name:** JACKSON, IAN R.  
JACKSON, DENISE F.  
**Taxpayer ID #:** **-***5339  
**Period Ending:** 06/13/18  

**Trustee:** W. STEPHEN SCOTT, TRUSTEE (660010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******5966** | | 102,320.91 | 54,179.19 | 48,141.72 |
| | | | | | **$102,320.91** | **$54,179.19** | **$48,141.72** |

{} Asset reference(s)

Printed: 06/13/2018 01:56 PM    V.14.03

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 18, 2017

**Case Number:** 17-60265  
**Debtor Name:** JACKSON, IAN R.

Page: 1

**Date:** June 13, 2018  
**Time:** 01:56:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TAXVA 200 | VA DEPARTMENT OF TAXATION<br>P. O. BOX 1478<br>RICHMOND, VA 23218-1478 | Admin Ch. 7 | DENISE/EIN306613660<br>POST PETITIONCAPITAL GAIN TAX ON EQUITY REALIZED FROM FORECLOSURE SALE OF WEST PARK | $12,258.00 | $12,258.00 | 0.00 |
| CPAEXP 200 | KEITH A. SKINNER, CPA<br>418 E WATER STREET<br>CHARLOTTESVILLE, VA 22902 | Admin Ch. 7 | | $22.97 | $0.00 | 22.97 |
| CPAFEE 200 | KEITH A. SKINNER, CPA<br>418 E WATER STREET<br>CHARLOTTESVILLE, VA 22902 | Admin Ch. 7 | | $3,312.50 | $0.00 | 3,312.50 |
| TAXFED 200 | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>P. O. BOX 931000<br>LOUISVILLE, KY 40293-1000 | Admin Ch. 7 | DENISE/EIN306613660<br>POST PETITION CAPITAL GAINS ON EQUITY REALIZED FROM FORECLOSURE SALE OF WEST PARK PROPERTY | $41,425.00 | $41,425.00 | 0.00 |
| TEEEXP 200 | W. STEPHEN SCOTT, TRUSTEE<br>P. O. BOX 1312<br>CHARLOTTESVILLE, VA 22902 | Admin Ch. 7 | | $289.64 | $0.00 | 289.64 |
| TEEFEE 200 | W. STEPHEN SCOTT, TRUSTEE<br>P. O. BOX 1312<br>CHARLOTTESVILLE, VA 22902 | Admin Ch. 7 | | $8,366.05 | $0.00 | 8,366.05 |
| 41P 570 | Greene County Treasurer<br>P.O. Box 157<br>Stanardsville, VA 22973-0157 | Priority | 2016 Business License Fee of Debtors | $1,653.97 | $0.00 | 1,653.97 |
| 1 100 | County of Fluvanna<br>P O Box 299<br>Palmyra, VA 22963 | Secured | PPT secured by lien on vehicle - no payment by estate since not liquidated by trustee | $0.00 | $0.00 | 0.00 |
| 7 100 | Larry Gregory<br>3517 Carroll Creek Rd<br>Keswick, VA 22947 | Secured | Claim filed as secured - collateral not liquidated by Trustee - no payment by estate | $0.00 | $0.00 | 0.00 |
| 23S 100 | Certified Environmental Drilling, Inc.<br>P.O. Box 6538<br>Charlottesville, VA 22906 | Secured | Objection sustained; claim denied by Order #89 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 26S 100 | Builders FirstSource-Atlantic Group, LLC<br>7812 Richmond Road<br>Toana, VA 23168 | Secured | Amended by 26S-2 - objection withdrawn by Order #94 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 26S-2 100 | Builders FirstSource-Atlantic Group, LLC<br>7812 Richmond Road<br>Toana, VA 23168 | Secured | no payment by estate-property subject to M/L not liquidated by trustee | $0.00 | $0.00 | 0.00 |
| 27 100 | Union Bank & Trust<br>c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit<br>Richmond, VA 23219-3095 | Secured | 376 - I & J and Personal Guaranty of Debtors<br>Claim for $1030122.90 Amended by 27-2 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 18, 2017

**Case Number:** 17-60265  
**Debtor Name:** JACKSON, IAN R.

Page: 2

**Date:** June 13, 2018  
**Time:** 01:56:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27S-2 100 | Union Bank & Trust c/o Michael D. Mueller, Esq., Christian & Barton, LLP, 909 East Main Street, Suit Richmond, VA 23219-3095 | Secured | 01/24/2018 Amendment 27-2 imported by WSS; original claim disallowed ----------------------------------------------------------------------------------* * * 376 - I & J and Personal Guaranty of Debtors | $0.00 | $0.00 | 0.00 |
| 27S-3 100 | Union Bank & Trust c/o Michael D. Mueller, Esq., Christian & Barton, LLP, 909 East Main Street, Suit Richmond, VA 23219-3095 | Secured | Collateral not liquidated by Trustee - no payment by estate 01/29/2018 Amendment 27-3 imported by WSS; original claim disallowed ----------------------------------------------------------------------------------* * * 376 - I & J and Personal Guaranty of Debtors | $0.00 | $0.00 | 0.00 |
| 28 100 | Union Bank & Trust c/o Michael D. Mueller, Esq., Christian & Barton, LLP, 909 East Main Street, Suit Richmond, VA 23219-3095 | Secured | Amended by 28-2 | $0.00 | $0.00 | 0.00 |
| 33S 100 | Union Bank & Trust c/o Michael D. Mueller, Esq., Christian & Barton, LLP, 909 East Main Street, Suit Richmond, VA 23219-3095 | Secured | Amended by 33-2 | $0.00 | $0.00 | 0.00 |
| 34S 100 | Union Bank & Trust c/o Michael D. Mueller, Esq., Christian & Barton, LLP, 909 East Main Street, Suit Richmond, VA 23219-3095 | Secured | amended by 34-2 | $0.00 | $0.00 | 0.00 |
| 36S 100 | Union Bank & Trust c/o Michael D. Mueller, Esq., Christian & Barton, LLP, 909 East Main Street, Suit Richmond, VA 23219-3095 | Secured | amended by 36-2 | $0.00 | $0.00 | 0.00 |
| 37 100 | Union Bank & Trust c/o Michael D. Mueller, Esq., Christian & Barton, LLP, 909 East Main Street, Suit Richmond, VA 23219-3095 | Secured | amended by 37-2 | $0.00 | $0.00 | 0.00 |
| 38 100 | United Bank c/o Mary Joanne Dowd, Esq. Arent Fox LLP, 1717 K Street, NW Washington, DC 20006-5344 | Secured | 4848 - Obligation of I & J - collateral not liquidated by Trustee - no payment by estate | $0.00 | $0.00 | 0.00 |
| 2 610 | Commonwealth Building Materials, Inc. f/k/a Shenan c/o Edward W. Cameron, Esq. 4100 Monument Corner Dr., Suite 420 Fairfax, VA 22030 | Unsecured | Judgment vs. I & J J Home Builders LLC and Ian Jackson | $13,096.55 | $0.00 | 13,096.55 |
| 3 610 | Central Wholesale Supply Corporation P.O. Box 7206 Norfolk, VA 23509 | Unsecured | Account of I & J Home Builders LLC Guaranteed by Ian Jackson | $340.15 | $0.00 | 340.15 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 18, 2017

**Case Number:** 17-60265  
**Debtor Name:** JACKSON, IAN R.

Page: 3

**Date:** June 13, 2018  
**Time:** 01:56:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 4 / 610 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 2006<br>2006 - Account of I & J Home Builders and Denise F. Jackson | $144,225.24 | $0.00 | 144,225.24 |
| 5 / 610 | Allied Portable Toilets, LLC<br>P.O. Box 939<br>Crozet, VA 22932 | Unsecured | Objection sustained; claim disallowed by Order #92 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 6 / 610 | Larry F. Gregory<br>3157 Carol Creek Road<br>Keswick, VA 22947 | Unsecured | Claim identified as secured for $250,000 and no amount claimed as unsecured. | $0.00 | $0.00 | 0.00 |
| 8 / 610 | Cavalier Container LLC<br>2316 Highland Ave<br>Charlottesville, VA 22903 | Unsecured | Objection sustained; claim disallowed by Order #91 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 9 / 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | 5795<br>5795 - Ian Jackson | $29,096.06 | $0.00 | 29,096.06 |
| 10 / 610 | Luck Stone Corporation<br>P.O. Box 29682<br>Richmond, VA 23242 | Unsecured | 3057<br>3057 - Account of I & J Home Builders LLC Guaranteed by Ian Jackson | $39,374.18 | $0.00 | 39,374.18 |
| 11 / 610 | Wilson Redi Mix, LLC<br>PO Box 23<br>Bridgewater, VA 22812 | Unsecured | Account of I & J Home Builders LLC Guaranteed by Ian Jackson | $5,472.04 | $0.00 | 5,472.04 |
| 12 / 610 | Stanley Land Surveys<br>106 Crofton Plaza - Suite 8<br>Palmyra, VA 22963 | Unsecured | Claim vs. I & J Home Builders LLC only - This claim for $2,260.00 withdrawn on 12/12/17 by Doc #53 | $0.00 | $0.00 | 0.00 |
| 13 / 610 | Davenport Insulation<br>6471 S. Valley Pike<br>Mt. Crawford, VA 22841 | Unsecured | Documentation provided to Trustee of personal liability of Ian Jackson on account of I & J | $7,197.20 | $0.00 | 7,197.20 |
| 14 / 610 | Real Wood Floors<br>355 S. Highway 63<br>West Plains, MO 65775 | Unsecured | Claim vs I & J Home Builders LLC and Ian Jackson as guarantor (Documentation provided to Tee) | $4,580.47 | $0.00 | 4,580.47 |
| 15 / 610 | Carl Reid Corbin<br>P. O. Box 247<br>Palmyra, VA 22963-0247 | Unsecured | Response and documentation does not support personal liability of Debtors; Objection sustained by Order #93 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 16 / 610 | Hoover Penrod PLC<br>342 S. Main St.<br>Harrisonburg, VA 22801 | Unsecured | Documentation provided to Tee of Debtors' personal liability | $1,455.00 | $0.00 | 1,455.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 18, 2017

**Case Number:** 17-60265　　　　　　　　　　Page: 4　　　　　　　　　　**Date:** June 13, 2018
**Debtor Name:** JACKSON, IAN R.　　　　　　　　　　　　　　　　　　　　　**Time:** 01:56:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 17 / 610 | The Sherwin-Williams Company<br>c/o Solodar & Solodar, Attys<br>4825 Radford Ave., Suite 201<br>Richmond, VA 23230 | Unsecured | 0552<br>0552 Judgment vs. I & J Home Builders LLC and Ian Jackson | $8,467.57 | $0.00 | 8,467.57 |
| 18 / 610 | A&M Supply Corporation<br>c/o Jamie A. Mastandrea, Esq.<br>5200-B Rolling Road<br>Burke, VA 22015 | Unsecured | Claim vs. I & J Homebuilders and Ian Jackson as guarantor | $66,443.44 | $0.00 | 66,443.44 |
| 19 / 610 | Skyline Brick LLC<br>3900 Seminole Trail<br>Charlottesville, VA 22911 | Unsecured | 4775 - Account of I & J Home Builders LLC - no personal guarantee of Debtors - This claim for $14,326.23 withdrawn on 12/19/17 by Doc #58 | $0.00 | $0.00 | 0.00 |
| 20 / 610 | John A. Dezio<br>2350 Commonwealth Drive, Suite C<br>Charlottesville, VA 22901 | Unsecured | Legal services provided to Ian Jackson - doc provided to Trustee by Claimant | $2,034.07 | $0.00 | 2,034.07 |
| 21 / 610 | Campbell Equipment Inc<br>16640 James Madison Hwy<br>Palmyra, VA 22963 | Unsecured | Objection sustained; claimed denied by Order #87 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 22 / 610 | Jones Texaco dba All Star Auto Parts<br>c/o Jones Automotive dba All Star Auto P<br>P O Box 910<br>Troy, VA 22974 | Unsecured | Objection sustained; claimed denised by Order #88 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 23U / 610 | Certified Environmental Drilling, Inc.<br>P.O. Box 6538<br>Charlottesville, VA 22906 | Unsecured | Objection sustained; claim denied by Order #89 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 24 / 610 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Unsecured | 1338 LOWES<br>1338 Lowes-Ian Jackson | $42,515.13 | $0.00 | 42,515.13 |
| 25 / 610 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Unsecured | 4213 SAMS CLUB<br>4213 Sams Club - Denise Jackson | $219.03 | $0.00 | 219.03 |
| 26U / 610 | Builders FirstSource-Atlantic Group, LLC<br>7812 Richmond Road<br>Toana, VA 23168 | Unsecured | amended by 26U-2; Objection withdrawn by Order #94 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 26U-2 / 610 | Builders FirstSource-Atlantic Group, LLC<br>7812 Richmond Road<br>Toana, VA 23168 | Unsecured | Account of I & J Home Builders LLC guaranteed by Ian Jackson | $79,493.95 | $0.00 | 79,493.95 |
| 27P-2 / 610 | Union Bank & Trust<br>c/o Michael D. Mueller, Esq.,Christian<br>& Barton, LLP,909 East Main Street, Suit<br>Richmond, VA 23219-3095 | Unsecured | 01/24/2018 Amendment 27-2 imported by WSS; original claim disallowed<br>--------------------------------------------------------------------------* * *<br>376 - I & J and Personal Guaranty of Debtors | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 18, 2017

**Case Number:** 17-60265
**Debtor Name:** JACKSON, IAN R.

Page: 5

**Date:** June 13, 2018
**Time:** 01:56:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27U-3 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 01/29/2018 Amendment 27-3 imported by WSS; original claim disallowed --------------------------------------------------------------------------------* * * 376 - I & J and Personal Guaranty of Debtors | $207,033.45 | $0.00 | 207,033.45 |
| 28 -2 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | Amended by 28-3 01/24/2018 Amendment 28-2 imported by WSS; original claim disallowed --------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 28 -3 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 4250 Debtors' personal guarantee of obligation of Route 15 Fluvanna 11B, LLC | $19,126.07 | $0.00 | 19,126.07 |
| 29 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | Claim withdrawn 12/15/17 by Doc #54 | $0.00 | $0.00 | 0.00 |
| 30 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | Claim withdrawn 12/15/17 by Doc #55 | $0.00 | $0.00 | 0.00 |
| 31 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | Claim withdrawn 12/15/17 by Doc #56 | $0.00 | $0.00 | 0.00 |
| 32 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | Claim withdrawn 12/15/17 by Doc#57 | $0.00 | $0.00 | 0.00 |
| 33 -2 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | amended by 33-3 | $0.00 | $0.00 | 0.00 |
| 33 -3 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 9650 - Debtors' personal guarantee of obligation of I & J Home Builders, LLC | $23,266.16 | $0.00 | 23,266.16 |
| 33U 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | amended by 33-2 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 18, 2017

**Case Number:** 17-60265  
**Debtor Name:** JACKSON, IAN R.

Page: 6

**Date:** June 13, 2018  
**Time:** 01:56:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 34 -2 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | Claim 34 withdrawn 1/24/18 by Doc #78 | $0.00 | $0.00 | 0.00 |
| 34U 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | amended by 34-2 | $0.00U | $0.00 | 0.00 |
| 35 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 1123 Amended by 35-2 1123 - Business Loan to Debtors | $0.00 | $0.00 | 0.00 |
| 35 -2 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | amended by 35-3 01/24/2018 Amendment 35-2 imported by WSS; original claim disallowed --------------------------------------------------------------------------------* * * 1123 - Business Loan to Debtors | $0.00 | $0.00 | 0.00 |
| 35 -3 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 1123 - Business Loan to Debtors | $35,881.31 | $0.00 | 35,881.31 |
| 36 -2 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 01/24/2018 Amendment 36-2 imported by WSS; original claim disallowed --------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 36 -3 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 7550 - Debtors personal guarantee of obligation of I & J Home Builders, LLC | $83,718.72 | $0.00 | 83,718.72 |
| 36U 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | amended by 36-2 | $0.00 | $0.00 | 0.00 |
| 37 -2 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | amended by 37-3 | $0.00 | $0.00 | 0.00 |
| 37 -3 610 | Union Bank & Trust c/o Michael D. Mueller, Esq.,Christian & Barton, LLP,909 East Main Street, Suit Richmond, VA 23219-3095 | Unsecured | 5950 - Debtors' personal guarantee of obligationof I & J Home Builders, LLC | $39,913.72 | $0.00 | 39,913.72 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 18, 2017

**Case Number:** 17-60265
**Debtor Name:** JACKSON, IAN R.

Page: 7

**Date:** June 13, 2018
**Time:** 01:56:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 39 610 | Quinn Beversluis<br>5544 Three Notch Rd<br>Louisa, VA 23093 | Unsecured | S/A in name of Ian Jackson and I & J Homebuilders for commissions - Schedule F lists as Disputed.<br>Objection to claim sustained; claim denied by Order #90 entered 2/20/18 | $0.00 | $0.00 | 0.00 |
| 41U 610 | Greene County Treasurer<br>P.O. Box 157<br>Stanardsville, VA 22973-0157 | Unsecured | Penalties owing on unpaid 2016 Business License Fee of Debtors - government claim therefore not late | $165.40 | $0.00 | 165.40 |
| 40 620 | Wells Fargo Vendor Financial Services LLC<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | Unsecured | LATE FILED CLAIM | $25,331.10 | $0.00 | 25,331.10 |
| **<< Totals >>** | | | | 945,774.14 | 53,683.00 | 892,091.14 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-60265
Case Name: JACKSON, IAN R.
Trustee Name: W. STEPHEN SCOTT, TRUSTEE

**Balance on hand:**  $ 48,141.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | County of Fluvanna | 663.32 | 0.00 | 0.00 | 0.00 |
| 7 | Larry Gregory | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 23S | Certified Environmental Drilling, Inc. | 15,150.00 | 0.00 | 0.00 | 0.00 |
| 26S | Builders FirstSource-Atlantic Group, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 26S-2 | Builders FirstSource-Atlantic Group, LLC | 12,372.20 | 0.00 | 0.00 | 0.00 |
| 27 | Union Bank & Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 27S-2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 27S-3 | Union Bank & Trust | 360,700.00 | 0.00 | 0.00 | 0.00 |
| 28 | Union Bank & Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 33S | Union Bank & Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 34S | Union Bank & Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 36S | Union Bank & Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 37 | Union Bank & Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 38 | United Bank | 379,213.98 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 48,141.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - W. STEPHEN SCOTT, TRUSTEE | 8,366.05 | 0.00 | 8,366.05 |
| Trustee, Expenses - W. STEPHEN SCOTT, TRUSTEE | 289.64 | 0.00 | 289.64 |
| Accountant for Trustee, Fees - KEITH A. SKINNER, CPA | 3,312.50 | 0.00 | 3,312.50 |
| Accountant for Trustee, Expenses - KEITH A. SKINNER, | 22.97 | 0.00 | 22.97 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | |
|---|---:|---:|---:|
| CPA | | | |
| Other Expenses: UNITED STATES TREASURY | 41,425.00 | 41,425.00 | 0.00 |
| Other Expenses: VA DEPARTMENT OF TAXATION | 12,258.00 | 12,258.00 | 0.00 |

       Total to be paid for chapter 7 administration expenses: **$**   11,991.16  
       Remaining balance: **$**   36,150.56

  Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| None | | | |

       Total to be paid for prior chapter administrative expenses: **$**   0.00  
       Remaining balance: **$**   36,150.56

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,653.97 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 41P | Greene County Treasurer | 1,653.97 | 0.00 | 1,653.97 |

       Total to be paid for priority claims: **$**   1,653.97  
       Remaining balance: **$**   34,496.59

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 853,114.91 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Commonwealth Building Materials, Inc. f/k/a Shenan | 13,096.55 | 0.00 | 529.57 |
| 3 | Central Wholesale Supply Corporation | 340.15 | 0.00 | 13.75 |
| 4 | American Express Bank, FSB | 144,225.24 | 0.00 | 5,831.90 |
| 5 | Allied Portable Toilets, LLC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 6 | Larry F. Gregory | 0.00 | 0.00 | 0.00 |
| 8 | Cavalier Container LLC | 0.00 | 0.00 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee | 29,096.06 | 0.00 | 1,176.53 |
| 10 | Luck Stone Corporation | 39,374.18 | 0.00 | 1,592.14 |
| 11 | Wilson Redi Mix, LLC | 5,472.04 | 0.00 | 221.27 |
| 12 | Stanley Land Surveys | 0.00 | 0.00 | 0.00 |
| 13 | Davenport Insulation | 7,197.20 | 0.00 | 291.03 |
| 14 | Real Wood Floors | 4,580.47 | 0.00 | 185.22 |
| 15 | Carl Reid Corbin | 0.00 | 0.00 | 0.00 |
| 16 | Hoover Penrod PLC | 1,455.00 | 0.00 | 58.83 |
| 17 | The Sherwin-Williams Company | 8,467.57 | 0.00 | 342.40 |
| 18 | A&M Supply Corporation | 66,443.44 | 0.00 | 2,686.71 |
| 19 | Skyline Brick LLC | 0.00 | 0.00 | 0.00 |
| 20 | John A. Dezio | 2,034.07 | 0.00 | 82.25 |
| 21 | Campbell Equipment Inc | 0.00 | 0.00 | 0.00 |
| 22 | Jones Texaco dba All Star Auto Parts | 0.00 | 0.00 | 0.00 |
| 23U | Certified Environmental Drilling, Inc. | 0.00 | 0.00 | 0.00 |
| 24 | Synchrony Bank | 42,515.13 | 0.00 | 1,719.14 |
| 25 | Synchrony Bank | 219.03 | 0.00 | 8.86 |
| 26U | Builders FirstSource-Atlantic Group, LLC | 0.00 | 0.00 | 0.00 |
| 26U-2 | Builders FirstSource-Atlantic Group, LLC | 79,493.95 | 0.00 | 3,214.42 |
| 27P-2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 27U-3 | Union Bank & Trust | 207,033.45 | 0.00 | 8,371.61 |
| 28 -2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 28 -3 | Union Bank & Trust | 19,126.07 | 0.00 | 773.38 |
| 29 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 30 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 31 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 32 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 33 -2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 33 -3 | Union Bank & Trust | 23,266.16 | 0.00 | 940.79 |
| 33U | Union Bank & Trust | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 34 -2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 34U | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 35 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 35 -2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 35 -3 | Union Bank & Trust | 35,881.31 | 0.00 | 1,450.90 |
| 36 -2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 36 -3 | Union Bank & Trust | 83,718.72 | 0.00 | 3,385.25 |
| 36U | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 37 -2 | Union Bank & Trust | 0.00 | 0.00 | 0.00 |
| 37 -3 | Union Bank & Trust | 39,913.72 | 0.00 | 1,613.95 |
| 39 | Quinn Beversluis | 0.00 | 0.00 | 0.00 |
| 41U | Greene County Treasurer | 165.40 | 0.00 | 6.69 |

Total to be paid for timely general unsecured claims:  **$ 34,496.59**
Remaining balance:  **$ 0.00**

Tardily filed claims of general (unsecured) creditors totaling $ 25,331.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 40 | Wells Fargo Vendor Financial Services LLC | 25,331.10 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  **$ 0.00**
Remaining balance:  **$ 0.00**

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**     0.00
Remaining balance: **$**     0.00

**UST Form 101-7-TFR (05/1/2011)**